PER CURIAM.

(No. 75-CC-892—)

MERCY CENTER FOR HEALTH CARE SERVICES, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed June 2, 1975.*

MERCY CENTER FOR HEALTH CARE SERVICES, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.